IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN D. WILSON, | : |
|     Plaintiff, | : |
| vs. | :   CIVIL ACTION NO.  3:05-2101 |
| | :   (JUDGE KOSIK) |
| UNKNOWN BUDGEON, KEVIN KANE, JOHN KERESTES, J.D. SHUTT, PETE DAMITER, ROBERT SHANNON, AND ROBERT BITNER, | : |
|     Defendants. | : |

## **ORDER**

AND NOW, this 2nd day of June, 2006, IT IS HEREBY ORDERED THAT:

[1] the plaintiff's motion to alter or amend the judgment is denied as moot for the reasons stated in our memorandum and order of June 1, 2006 (Doc. 49).

                                              s/Edwin M. Kosik
                                              United States District Judge